# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Producers Livestock Credit Corporation, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Revier Cattle Company, a Minnesota corporation; Revier Farms Partnership, a Minnesota partnership; Revier Brand Group, LLC, a Minnesota limited liability company; Thomas Revier, an individual; David R. Revier, an individual; Christine R. Revier, an individual; and Libby A. Revier, an individual,<br><br>Defendants. | Case No. 22-cv-00338 (PJS/TNL)<br><br>**ORDER FOR JUDGMENT AND JUDGMENT** |

Based on the Stipulation for the Entry of Judgment by and between Plaintiff Producers Livestock Credit Corporation ("PLCC") and Defendants Revier Cattle Company, Thomas Revier, and Libby Revier, IT IS HEREBY ORDERED THAT:

1.  Plaintiff Producers Livestock Credit Corporation is entitled to judgment against Defendants Revier Cattle Company, Thomas Revier, and Libby Revier, jointly and severally, in the amount of $2,592,881.95.

2.  There is no just reason to delay entry of this judgment.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: November 8, 2022

s/Patrick J. Schiltz<br>
Patrick J. Schiltz, Chief Judge<br>
United States District Court