# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Producers Livestock Credit Corporation, a Delaware corporation,<br><br>   Plaintiff,<br><br>v.<br><br>Revier Cattle Company, a Minnesota corporation; Revier Farms Partnership, a Minnesota partnership; Revier Brand Group, LLC, a Minnesota limited liability company; Thomas Revier, an individual; David R. Revier, an individual; Christine R. Revier, an individual; and Libby A. Revier, an individual,<br><br>   Defendants. | Case No. 22-cv-00338 (PJS/TNL)<br><br>**ORDER FOR JUDGMENT AND JUDGMENT** |

---

Based on the Stipulation for the Entry of Judgment by and between Plaintiff Producers Livestock Credit Corporation ("PLCC") and Defendant Revier Farms Partnership, IT IS HEREBY ORDERED THAT:

1. Defendant Revier Farms Partnership shall be added as a judgment debtor on the $2,592,881.95 judgment entered against RCC, Thomas Revier, and Libby Revier in this action by order dated November 8, 2022.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: **9/12/24**

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Court Chief Judge