# UNITED STATES DISTRICT COURT
## District of Minnesota

Producers Livestock Credit Corporation,

          Plaintiff,

v.

Revier Farms Partnership, David R. Revier, Christine R. Revier,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 22-cv-338 PJS/DLM

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant Revier Farms Partnership shall be added as a judgment debtor on the $2,592,881.95 judgment entered against RCC, Thomas Revier, and Libby Revier in this action by order dated November 8, 2022.

Date: 9/12/2024
                                                                   KATE M. FOGARTY, CLERK